JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| LANDMARK VIEW, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JING NING, an individual; JINGHE LIU, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:19-cv-06401<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**Complaint Filed: May 29, 2019** |

# [PROPOSED] ORDER

The Court, having reviewed the Stipulation by and between Plaintiff Landmark View, Inc. ("Plaintiff") and Defendants Jing Ning and Jinghe Liu ("Defendants") to Dismiss this Action with Prejudice, by and through their counsel of record,

**IT IS HEREBY ORDERED THAT** the above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own costs, expenses, and attorneys' fees as incurred against one another in connection with this action. The Clerk is hereby directed to close the file for this case.

**IT IS SO ORDERED.**

DATED: August 13, 2019

_____
The Honorable Cormac J. Carney
Judge of the United States District Court